

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-15-00398-CV

Caroline **BUSWELL**,
Appellant

v.

**THE GWSPI COMPANY, LLC**, as Successor in Interest to Wilmington Trust, NA, Trustee of
the Jeffrey P. Blanchard 2013 Family Trust,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06197
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:  Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice, dissenting with opinion to follow
    Patricia O. Alvarez, Justice

  Appellant's Emergency Motion to Stay is GRANTED. *See* TEX. R. APP. P. 29.3; *Oryx Capital Int'l, Inc. v. Sage Apartments, L.L.C.*, 167 S.W.3d 432, 437 (Tex. App.—San Antonio 2005, no pet.). All further proceedings, including discovery, at the trial court level are STAYED pending resolution of this appeal or further order of this court.

_____
Marialyn Barnard, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court